IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, | NO.: 19-CV-250 |
| Plaintiff, | |
| vs. | JUDGE: JOHN J. THARP, JR. |
| K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois Corporation; and LOUIS J. KOHLEY, an Individual, | MAG. JUDGE: SIDNEY I. SCHENKIER |
| Defendant. | |

## DEFAULT JUDGEMENT ORDER

This matter coming before the Court on Plaintiff's Motion for Default Judgment, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

That Judgment be entered in favor of the Pension Fund and against K.C.W. Environmental Conditioning, Inc., and Louis J. Kohley, jointly and severally, in the aggregate amount of $594,592.91, itemized as follows:

1. Withdrawal liability totaling $509,461.00;

2. Interest totaling $23,796.26;

3. Liquidated damages totaling $50,946.10; and

4. Attorney's fees and costs totaling $10,389.55.

Dated: July 31, 2019

John J. Tharp, Jr.
United States District Judge